UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
                                       :

PEGGY HARLEY,
                                       :

               Plaintiff,            :         08 Civ. 5791 (WHP)

               -against-             :         <u>ORDER</u>

                                       :

ANN NESBY et al,
                                       :

               Defendants.
---------------------------------X

WILLIAM H. PAULEY III, District Judge:

         This action having been reassigned to this Court, the Court will hold a status conference on September 24, 2009 at 10:15 a.m.

Dated: September 10, 2009
        New York, New York

                                                   SO ORDERED:

                                            WILLIAM H. PAULEY III
                                                      U.S.D.J.

*Copy mailed to:*

Peggy Harley
40-15 12th Street
# 6-B
Long Island City, Ny 11101
*Plaintiff <u>Pro se</u>*