

Peggy Harley VS Ann Nesby, Timothy Lee, Shananchie Entertainment Corporation, It's Time Child Records LLC., Laborforce Management 08 CIV . 5791 (WHP)(HBP)(KBF)
Timothy Lee
to:
forrestnysdchambers
08/01/2012 03:38 PM
Hide Details
From: Timothy Lee <laborforcemgmt@aol.com>

To: forrestnysdchambers@nysd.uscourts.gov

08CV5791

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 01 2012
```

Dear Judge Forrest,

My name is Timothy W. Lee and myself and my wife are defendants in the Peggy Harley case # 08 CIV . 5791 (WHP)(HBP)(KBF)

I've received correspondence from Plaintiff Harley with a Motion To Compel myself and my wife for disclosure of any revenue gained from the sale of the alleged song we've been accused of stealing "I Apologize".

I would like to first of all express my dismay with the accusations levied against myself, my wife and everyone named in this matter.  We have been in the music industry for over 25 years and have never had our integrity attacked like Ms. Harley has done. We have never met Ms. Harley nor have we ever heard of her music prior to these false accusations. She has attacked us publicly via the internet and my wife's career and stellar reputation has been jeopardized due to Ms. Harley's antics. It saddens me that someone can falsely accuse you and if you are financially unable to defend yourself like we are, you become a victim of someone's false accusations. We have no idea why she choose us to attack but we know that in the end the truth will prevail.

Shanachie Entertainment Corporation has stepped up and hired a lawyer but they were not required to according to our recording agreement with them. Shanachie Entertainment Corporation has amassed attorney fee's upwards of at least $30k and they are just as innocent as we are.

Ms. Harley has also accused us of willfully declining to appear in court. We reside in the state of Georgia and we have been financially challenged in the last 6 months due to illness in my wife's family. We are in no way disregarding the courts demands that we appear. We just have not had the finances to make a trip to New York to appear.

We are prepared to submit our records stating the revenue we've made with the song in question. We do not have an attorney representing us so I'm asking the court to please advise where we should send the documents stating our revenue received.

Thank you very much for your time and consideration and I look forward to your response.

Respectfully,

Timothy W. Lee

Timothy Lee
Labor Force Management
C: 404-247-0211
laborforcemgmt@aol.com

> The clerk of the Court is directed to place this letter on the public docket.
>
> **All** pro se litigants must submit **all** materials (even letters) through the Pro Se Office. They may **not** contact the Court directly, via the Pro Se Office.
>
> Records should be submitted no later than Aug 22, 2012.
>
> Aug. 1, 2012
>
> SO ORDERED:
>
> _____
> HON. KATHERINE B. FORREST
> UNITED STATES DISTRICT JUDGE
>
> Copies mailed to pro se litigants